**Order issued November 26, 2013**



In The

# Court of Appeals

For The

## First District of Texas

_____

## NO. 01-13-01001-CV

_____

## IN RE ANTHONY L. BANNWART, Relator

_____

## Original Proceeding on Petition for Writ of Habeas Corpus

_____

## ORDER

Relator has filed a petition for writ of habeas corpus and writ of prohibition and requested temporary relief.[1]

The Court is of the opinion that relator's petition requires further consideration. *See* TEX. R. APP. P. 52.8(b). Accordingly, the Court grants the relator's request for temporary relief. The Sheriff of Brazoria County is hereby

---

[1] The underlying lawsuit is *Black Sigma LLC v. John P. Benkenstein, David A. Chaumette, Howard F. Cordray, Jr., and Michael P. Robinson*, No. 64769 (23rd Dist. Ct., Brazoria County, Tex.).

ordered to discharge relator from custody on relator executing and filing with the Sheriff of Brazoria County a good and sufficient bond, conditioned as required by law, in the amount of $1000.00. *See* TEX. R. APP. P. 52.8(b)(3).

It is further ordered that the real party in interest shall have until December 17, 2013 to file a response brief, if any, and any relevant portions of the record. *See* TEX. R. APP. P. 52.4, 52.8(b)(1).


Judge's signature:      /s/ Laura C. Higley

Date:      November 26, 2013